THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PENNINGTON, Appellant. [972 NYS2d 140]—Motion for rear-

gument denied. Present—Centra, J.P., Sconiers, Valentino and Whalen, JJ.